App. Div.]                    First Department, December, 1923.

ISIDOR KRAMER v. ADELA M. HARRINGTON and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALEXANDER A. FORMAN, JR., v. IDA BERENSON and Others.— Motion to dismiss appeal granted as to respondent Louis Schlansky, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FLORENCE RICE STONELEIGH, as Executrix, etc., v. JAMES BAYARD SPEYERS and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BENJAMIN FRIEDMAN v. JOSEPH LICHTENTHAL.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

COLT-STRATTON Co., INC., v. CHESTERFIELD GARAGE Co., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILFRED MOLENAOR, Suing as Trustee, etc., v. AGNES V. KRAUS and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE WITZMANN v. FIRST NATIONAL BANK OF FORT LEE, NEW JERSEY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HYMAN RIFKIN v. DAVID PHILIPS and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

L. LEONARD RASKIN and Another v. BARNET GOLDING.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HUGH MAGEE v. MILTON SCHNAIER CONTRACTING CORPORATION.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HERMAN BALZER v. GLOBE INDEMNITY COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ISAAC EPSTEIN v. A. R. RODWAY, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY SMALL v. NEW AMSTERDAM CASUALTY COMPANY.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KATHERINE CONROY and Another, as Executors, etc., v. THE EQUITABLE TRUST COMPANY OF NEW YORK, Individually and as Trustee, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.